THE WHITNEY ARMS COMPANY, Respondent, *v.* FRANKLIN W. BROOKS et al., Appellants.

(Argued April 16, 1877 ; decided April 24, 1877.)

*Samuel Hand,* for appellant.

No one appeared for respondent.

Agree to reverse and grant new trial on opinion of ALLEN, J., in *Whitney Arms Co.* v. *Barlow* (63 N. Y., 62).
All concur. FOLGER and ANDREWS, JJ., absent.
Judgment reversed.

---

WILLARD GOETCHEUS, Appellant, *v.* EDMUND S. MATTHEW-SON et al., Respondents.

(Argued April 17, 1877 ; decided April 24, 1877.)

*John C. Hunt,* for appellant.

*Giles W. Hotchkiss,* for respondents.

Agree to affirm order, without costs, on opinion of TAL-COTT, J., in court below.
All concur, MILLER, J., not sitting.
Order affirmed.